UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) 2:16-cr-00070-JDL |
| | ) |
| RYAN BENOIT, | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 25, 2020, Ryan Benoit filed a motion construed as one for compassionate release (ECF No. 35). United States Magistrate Judge John C. Nivison filed his Recommended Decision on the motion for compassionate release with the Court on July 2, 2020 (ECF No. 37), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2020) and Fed. R. Civ. P. 72(b). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 37) of the Magistrate Judge is hereby **ACCEPTED**, and Benoit's motion for compassionate release (ECF No. 35) is **DENIED without prejudice**.

**SO ORDERED.**

**Dated this 13th day of August, 2020.**

                                                          /s/ Jon D. Levy
                                        **CHIEF U.S. DISTRICT JUDGE**